AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Iowa

United States of America
v.
John Charles Schnekenburger

Defendant

Case No. 3:17-cr-82

17-6356 MJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John Charles Schnekenburger,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18:2251(a), 2252(a)(2), 2252(b)(1)

production and receipt of child pornography

WARRANT ISSUED

JOHN S. COURTER, Clerk

By: _Rita Johnson_

Date: 09/20/2017

DEPUTY CLERK

City and state: Davenport, Iowa

_Printed name and title_

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_

RECEIVED
SEP 2 0 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 3:17-cr-82 |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| JOHN CHARLES SCHNEKENBURGER, ) | T. 18 U.S.C. § 2251(a) |
| ) | T. 18 U.S.C. § 2252(a)(2) |
| Defendant. ) | T. 18 U.S.C. § 2252(b)(1) |
| ) | T. 18 U.S.C. § 2253 |
| ) | T. 18 U.S.C. § 2428 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Production of Child Pornography)

On or between September 26, 2015, and September 28, 2015, in the Southern District of Iowa, the defendant, JOHN CHARLES SCHNEKENBURGER, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, a female approximately fifteen years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellphone, computer, or video recorder.

This is a violation of Title 18, United States Code, Section 2251(a).

THE GRAND JURY FURTHER CHARGES:

COUNT 2
(Receiving Child Pornography)

On or between September 26, 2015, and September 28, 2015, in the Southern District of Iowa, the defendant, JOHN CHARLES SCHNEKENBURGER, did knowingly receive, and attempt to receive, visual depictions that had been shipped and transported in interstate and foreign commerce by any means, including by computer or cellphone, the producing of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

THE GRAND JURY FINDS:

NOTICE OF FORFEITURE

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428.

2. From his engagement in any or all of the violations alleged in Counts 1 and 2 of this Indictment, the defendant, JOHN CHARLES SCHNEKENBURGER, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2428, all interest in:

    a. Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped, received, or possessed as alleged in Counts 1 and 2 of this Indictment;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained

        from the offenses alleged in Counts 1 and 2 of this Indictment; and,

c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts 1 and 2 of this Indictment.

3.    The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, computer hardware such as monitors, central processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

4.    If, as a result of any act or omission of the defendant, JOHN CHARLES SCHNEKENBURGER, any of the property described above as being subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), and Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code,

3

Section 2461(c), to seek forfeiture of any other property of the defendant, JOHN CHARLES SCHNEKENBURGER, up to the value of any forfeitable property described above.

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

A TRUE BILL.

FOREPERSON

Kevin E. VanderSchel
United States Attorney

By: *[signature]*

Melisa K. Zaehringer
Assistant United States Attorney

4